UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> The Court acknowledges the Joint Stipulation of Dismissal with Prejudice, dkt. 24. JPH, 11/25/2020 Distribution via ECF

| | |
|---|---|
| CONAN DAVIS, | ) |
| Plaintiff, | ) |
| vs. | ) CAUSE NO:  1:20-cv-02138-JPH-MJD |
| KLOECKNER METALS CORPORATION, | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant, by counsel, hereby jointly stipulate and agree that all claims asserted by or against them shall be dismissed with prejudice, with each party to pay their own attorneys' fees, costs and expenses.

Respectfully submitted,

By  /s/ *Frederick L. Warren*
Frederick L. Warren
FORDHARRISON LLP
217 17th Street, NW
Suite 1900
Atlanta, GA 30363

*Attorneys for Defendant,*

By:  /s/ *Shannon L. Melton*
Shannon L. Melton
John H. Haskin & Associates
255 N. Alabama Street, 2nd Floor
Indianapolis, IN  46204

*Attorneys for Plaintiff*